UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL S. SMITH, an individual, and RHONDA NILES, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ESTATE OF BRIAN SHEPPARD, Deceased; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. CV 17-5644-GW(GJSx)<br>Hon. George H. Wu<br><br>ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION OVER MATTER |

    Pursuant to the Parties' stipulation to dismiss this action with prejudice, the Court orders this matter dismissed with prejudice. The Court hereby retains jurisdiction over this matter to enforce the settlement agreement.

**IT IS SO ORDERED**

DATED: March 12, 2018

    */s/ George H. Wu*
    JUDGE GEORGE H. WU
    UNITED STATES DISTRICT JUDGE